UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

Jermaine Williams,

                                                  Plaintiff,

-against-

The City of New York, et al.

                                               Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

23 CV 1381 (NGG) (CLP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
_____, 2024

THE LAW OFFICE OF GREGORY ZENON
*Attorneys for Plaintiff*
30 Wall Street, 8th Floor
New York, New York 10005
212-380-8582

By: __/ s / Gregory Zenon__
    Gregory Zenon
    *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,*
  *Delarosa, Carabello, Zahib, and Bhatti*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Alexandra Corsi
*Senior Counsel*

SO ORDERED:

s/Nicholas G. Garaufis
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
Dated: Feb 26, 2024

2